UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Tonya DeYoung v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 10-cv-10036-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on July 1, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
        **Deputy Clerk**

APPROVED: Digitally signed by David R. Herndon
Date: 2015.07.06 15:25:50 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT